NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| LUZVIMINDA LOLA ERWIN, AKA Luzviminda Dolang Lola, <br><br> Petitioner, <br><br> v. <br><br> WILLIAM P. BARR, Attorney General, <br><br> Respondent. | No.  14-72325 <br><br> Agency No. A200-160-164 <br><br> ORDER |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted October 10, 2018[*]
University of Hawaii Manoa

Before:  WARDLAW, BERZON, and RAWLINSON, Circuit Judges.

The panel has voted to grant Erwin's petition for panel rehearing in light of

this court's en banc decision in *Torres v. Barr*, No. 13-70653, 2020 WL 5668478

(9th Cir. Sept. 24, 2020) (en banc) (overruling *Minto v. Sessions*, 854 F.3d 619 (9th

Cir. 2017)).  The prior memorandum disposition (Dkt. 57) in this case is vacated.

Erwin's petition for rehearing en banc is denied as moot.

---

[*]      The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Erwin's petition for review of the order of the Board of Immigration Appeals is remanded to the agency to determine in the first instance whether alternative grounds for removability exist under 8 U.S.C. § 1182(a)(6)(A)(i).

The petition for panel rehearing is **GRANTED** and the case is **REMANDED** for further proceedings not inconsistent with this order.